B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Brouillette-Diercks, Monique Renee** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3799** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**504 Basil Road, Apt. A**<br>**Lake Bluff, IL**<br><div align="right">ZIP Code<br>**60044**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| # Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Brouillette-Diercks, Monique Renee** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X  **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C)** August 7, 2013<br>Signature of Attorney for Debtor(s)          (Date)<br>**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494** |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)

| | |
|---|---|
| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Brouillette-Diercks, Monique Renee** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Monique Renee Brouillette-Diercks**
Signature of Debtor **Monique Renee Brouillette-Diercks**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**August 7, 2013**
Date

### Signature of Attorney*

X **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
Signature of Attorney for Debtor(s)

**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
Printed Name of Attorney for Debtor(s)

**Kaplan Law Offices, P.C.**
Firm Name
**950 Skokie Boulevard**
**Suite #310**
**Northbrook, IL 60062**

Address

**Email: alex@alexkaplanlegal.com**
**(847) 509-9800  Fax: (847) 509-9801**
Telephone Number

**August 7, 2013**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re __Monique Renee Brouillette-Diercks__                                    Case No. _____

                                                        Debtor(s)          Chapter      __7__ _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                          Page 2

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

  ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

      Signature of Debtor:  **/s/ Monique Renee Brouillette-Diercks**
              **Monique Renee Brouillette-Diercks**

      Date:  **August  7, 2013**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Monique Renee Brouillette-Diercks** _____,    Case No. _____

Debtor    Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 5,650.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,124.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 38 | | 123,201.76 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,633.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,782.00 |
| Total Number of Sheets of ALL Schedules | | 50 | | | |
| | | Total Assets | 5,650.00 | | |
| | | Total Liabilities | | 125,325.76 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Monique Renee Brouillette-Diercks**                    ,    Case No. _____

Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,633.00 |
| Average Expenses (from Schedule J, Line 18) | 2,782.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,808.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 123,201.76 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 123,201.76 |

B6A (Official Form 6A) (12/07)

In re    **Monique Renee Brouillette-Diercks**
_____,    Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|---|
|  | | | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  **Monique Renee Brouillette-Diercks**                                    ,   Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at TCF Bank** | - | 200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **General and ordinary household goods and furnishings** | - | 750.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **General and necessary wearing apparel** | - | 400.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        1,350.00
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Monique Renee Brouillette-Diercks**                          ,    Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401 (K) through Cardionet (employer)** | **-** | **1,300.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **1,300.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Monique Renee Brouillette-Diercks**                    ,  Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Ford Explorer Sport-track with aporx. 125,000 miles** | - | 3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | 3,000.00 |
| (Total of this page) | |
| Total > | 5,650.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re   **Monique Renee Brouillette-Diercks**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account at TCF Bank** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Household Goods and Furnishings** | | | |
| **General and ordinary household goods and furnishings** | **735 ILCS 5/12-1001(b)** | **750.00** | **750.00** |
| **Wearing Apparel** | | | |
| **General and necessary wearing apparel** | **735 ILCS 5/12-1001(a)** | **400.00** | **400.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401 (K) through Cardionet (employer)** | **735 ILCS 5/12-704** | **1,300.00** | **1,300.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2002 Ford Explorer Sport-track with aporx. 125,000 miles** | **735 ILCS 5/12-1001(c)** | **876.00** | **3,000.00** |

|  |  | Total: | **3,526.00** | **5,650.00** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Monique Renee Brouillette-Diercks**                                     ,        Case No. _____
                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **1288596003** | | | | Opened  7/25/07 | | | | | |
| **Creditor #: 1** **Consumers Coop Cred Un** **2750 Washington St** **Waukegan, IL 60085** | - | | | **Purchase Money Security** **2002 Ford Explorer Sport-track with aporx. 125,000 miles** | | X | | | |
| | | | | Value $              **3,000.00** | | | | **2,124.00** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| __0__  continuation sheets attached | | Subtotal (Total of this page) | **2,124.00** | **0.00** |
| | | Total (Report on Summary of Schedules) | **2,124.00** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re __**Monique Renee Brouillette-Diercks**_____,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<div align="center">__0__    continuation sheets attached</div>

B6F (Official Form 6F) (12/07)

In re  **Monique Renee Brouillette-Diercks**                                          ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **809097496** **Creditor #: 1** **Advocate Condell Medical Center** **755 S. Milwaukee Ave** **Suite 127** **Libertyville, IL 60048** | | - | | | **Medical bills** | | | | **2,048.00** |
| Account No. **15111** **Creditor #: 2** **AMLI at Osprey Lake** **c/o Huelson Law Firm, LLC** **16029 S. Bradley** **Olathe, KS 66062** | | - | | | **Breach of residential lease** | | | | **2,706.00** |
| Account No. **33627126** **Creditor #: 3** **Arnoldharris** **600 West Jackson Suite 710** **Chicago, IL 60661** | | - | | | **Opened  5/20/10** **Collection 04 Illinois Tollway** | | X | | **284.00** |
| Account No. **Arnold Scott Harris, P.C.** **222 Merchandise Mart Plaza, #1932** **Chicago, IL 60654** | | | | | **Representing:** **Arnoldharris** | | | | **Notice Only** |

| | | | | | | Subtotal (Total of this page) | **5,038.00** |
|---|---|---|---|---|---|---|---|

__37__  continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                S/N:30457-130718   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Monique Renee Brouillette-Diercks**                                    ,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **The Illinois Tollway Violation Processimg Center 135 S. LaSalle Dept. 8021 Chicago, IL 60674-8024** | | | Representing: Arnoldharris | | | | **Notice Only** |
| Account No. **BROMO000** <br><br> **Creditor #: 4 Assoc in Therapy & Assesment 21 N Skokie Highway Lake Bluff, IL 60044** | - | | Medical Bills | | | | **878.61** |
| Account No. **517805254534** <br><br> **Creditor #: 5 Cap One Po Box 85520 Richmond, VA 23285** | | H | Opened  4/01/05 Credit account. | | X | | **1,309.00** |
| Account No. **7073275001** <br><br> **Creditor #: 6 Central DuPage Hospital c/o Merchant's Credit Guide Co. 223 W. Jackson Blvd., #400 Chicago, IL 60606** | - | | Medical. | | X | | **494.47** |
| Account No. **125618** <br><br> **Creditor #: 7 Certified Services Inc 1733 Washington St Ste 2 Waukegan, IL 60085** | | H | Opened  7/01/07 Coolection: Gurnee Radiology Center; medical. | | X | | **294.00** |

Sheet no. __1__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,976.08**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Monique Renee Brouillette-Diercks**                                    ,    Case No. _____

_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 2091567001 | | | | Opened 11/01/06 Collection: Condell Medical Center; medical. | | | | |
| Creditor #: 8 Certified Services Inc 1733 Washington St Ste 2 Waukegan, IL 60085 | | H | | | | X | | |
| | | | | | | | | 259.00 |
| Account No. 956164 | | | | Opened 4/01/06 Collection: Condell Acute Care; medical. | | | | |
| Creditor #: 9 Certified Services Inc 1733 Washington St Ste 2 Waukegan, IL 60085 | | W | | | | X | | |
| | | | | | | | | 229.00 |
| Account No. 1043021 | | | | Opened 4/01/07 Collection: Condell Acute Care; medical. | | | | |
| Creditor #: 10 Certified Services Inc 1733 Washington St Ste 2 Waukegan, IL 60085 | | W | | | | X | | |
| | | | | | | | | 210.00 |
| Account No. 8102273 | | | | Opened 4/13/09 Collection Lake County Anesthes | | | | |
| Creditor #: 11 Certified Services Inc 1733 Washington St Ste 2 Waukegan, IL 60085 | | - | | | | X | | |
| | | | | | | | | 768.00 |
| Account No. 956164 | | | | Opened 4/03/06 Collection Condell Acute Care | | | | |
| Creditor #: 12 Certified Services Inc 1733 Washington St Ste 2 Waukegan, IL 60085 | | - | | | | X | | |
| | | | | | | | | 229.00 |

Sheet no. __2___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,695.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Monique Renee Brouillette-Diercks**                              ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1043021** | | | **Opened  4/02/07** **Collection Condell Acute Care** | | | | |
| **Creditor #: 13** **Certified Services Inc** **1733 Washington St Ste 2** **Waukegan, IL 60085** | - | | | | X | | |
| | | | | | | | 210.00 |
| Account No. **30456** | | | **Medical bills** | | | | |
| **Creditor #: 14** **Certified Services, Inc.** **PO Box 177** **Waukegan, IL 60079-0177** | - | | | | | | |
| | | | | | | | 2,612.76 |
| Account No. **53862983** | | | **Medical bills** | | | | |
| **Creditor #: 15** **Certified Services, Inc.** **PO Box 177** **Waukegan, IL 60079-0177** | - | | | | | | |
| | | | | | | | 124.14 |
| Account No. | | | | | | | |
| **Obstetrics Gynecology & Infertility** **900 N Westmoreland Rd** **Suite 228** **Lake Forest, IL 60045** | | | **Representing:** **Certified Services, Inc.** | | | | **Notice Only** |
| Account No. **2846** | | | **Medical.** | | | | |
| **Creditor #: 16** **Cheryl Perlis MD SC** **1519 Springbank Church Rd.** **Chatom, AL 36518-6130** | - | | | | X | | |
| | | | | | | | 225.00 |

Sheet no. __3___ of __37___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,171.90

B6F (Official Form 6F) (12/07) - Cont.

In re __Monique Renee Brouillette-Diercks_____,      Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **T26552253** | | | | | Medical. | | | | |
| **Creditor #: 17**<br>**City of Chicago EMS**<br>**33589 Treasury Center**<br>**Chicago, IL 60694** | - | | | | | | X | | 175.00 |
| Account No. **T26205466** | | | | | Medical. | | | | |
| **Creditor #: 18**<br>**City of Chicago EMS**<br>**33589 Treasury Center**<br>**Chicago, IL 60694** | - | | | | | | X | | 200.00 |
| Account No. **T24270165** | | | | | Medical. | | | | |
| **Creditor #: 19**<br>**City of Chicago EMS**<br>**33589 Treasury Center**<br>**Chicago, IL 60694** | - | | | | | | X | | 200.00 |
| Account No. **T21543015** | | | | | Medical. | | | | |
| **Creditor #: 20**<br>**City of Chicago EMS**<br>**33589 Treasury Center**<br>**Chicago, IL 60694** | - | | | | | | X | | 240.75 |
| Account No. **T20052099** | | | | | Medical. | | | | |
| **Creditor #: 21**<br>**City of Chicago EMS**<br>**33589 Treasury Center**<br>**Chicago, IL 60694** | - | | | | | | X | | 264.75 |

Sheet no. __4___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      1,080.50

B6F (Official Form 6F) (12/07) - Cont.

In re  **Monique Renee Brouillette-Diercks**                                    ,      Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **T18868390** | | | | Medical. | | | | |
| **Creditor #: 22**<br>**City of Chicago EMS**<br>**33589 Treasury Ctr.**<br>**Chicago, IL 60694** | - | | | | | X | | 289.75 |
| Account No. **T16390851** | | | | Medical. | | | | |
| **Creditor #: 23**<br>**City of Chicago EMS**<br>**33589 Treasury Center**<br>**Chicago, IL 60694** | - | | | | | X | | 315.00 |
| Account No. **T10087177** | | | | Medical. | | | | |
| **Creditor #: 24**<br>**City of Chicago EMS**<br>**33589 Treasury Center**<br>**Chicago, IL 60694** | - | | | | | X | | 365.00 |
| Account No. **T15203737** | | | | Medical. | | | | |
| **Creditor #: 25**<br>**City of Chicago EMS**<br>**33589 Treasury Center**<br>**Chicago, IL 60694** | - | | | | | X | | 340.00 |
| Account No. **45871356** | | | | Utility. | | | | |
| **Creditor #: 26**<br>**Comcast**<br>**c/o EOS CCA**<br>**Po Box 329**<br>**Norwell, MA 02061-0329** | - | | | | | X | | 388.68 |

Sheet no. __5__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,698.43

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Monique Renee Brouillette-Diercks** _____,  Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **1626463064** | | | | Utility. | | | | |
| **Creditor #: 27**<br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** | - | | | | | X | | 379.84 |
| Account No. **0275062158** | | | | Utility. | | | | |
| **Creditor #: 28**<br>**ComED**<br>**Po Box 611**<br>**Carol Stream, IL 60197-6111** | - | | | | | X | | 345.14 |
| Account No. | | | | | | | | |
| **Contract Callers, Inc.**<br>**Po Box 212489**<br>**Augusta, GA 30917-2489** | | | | Representing:<br>ComED | | | | Notice Only |
| Account No. | | | | | | | | |
| **Credit Collection Services**<br>**Two Wells Ave., Dept 9138**<br>**Newton Center, MA 02459** | | | | Representing:<br>ComED | | | | Notice Only |
| Account No. **1043021** | | | | Medical. | | | | |
| **Creditor #: 29**<br>**Condell Acute Care**<br>**6 E Phillip Rd**<br>**Ste 1102**<br>**Vernon Hills, IL 60061** | - | | | | | X | | 215.00 |

Sheet no. __6___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

939.98

B6F (Official Form 6F) (12/07) - Cont.

In re  **Monique Renee Brouillette-Diercks**                    , Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **956164** | | | | Medical. | | | | |
| **Creditor #: 30**<br>**Condell Acute Care**<br>**6 E Phillip Rd**<br>**Ste 1102**<br>**Vernon Hills, IL 60061** | - | | | | | X | | 229.00 |
| Account No. **989996** | | | | Medical. | | | | |
| **Creditor #: 31**<br>**Condell Acute Care**<br>**6 E Phillip Rd**<br>**Ste 1102**<br>**Vernon Hills, IL 60061** | - | | | | | X | | 1,172.00 |
| Account No. **2514131-000** | | | | Medical. | | | | |
| **Creditor #: 32**<br>**Condell Medical  Center**<br>**97169 Eagle Way**<br>**Chicago, IL 60678-9710** | - | | | | | X | | 164.85 |
| Account No. **2514972-000** | | | | Medical. | | | | |
| **Creditor #: 33**<br>**Condell Medical  Center**<br>**97169 Eagle Way**<br>**Chicago, IL 60678-9710** | - | | | | | X | | 211.95 |
| Account No. **2519819-000** | | | | Medical. | | | | |
| **Creditor #: 34**<br>**Condell Medical  Center**<br>**97169 Eagle Way**<br>**Chicago, IL 60678-9710** | - | | | | | X | | 455.49 |

Sheet no. __7___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,233.29

B6F (Official Form 6F) (12/07) - Cont.

In re __**Monique Renee Brouillette-Diercks**_____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2520119-000** | | | Medical. | | | | |
| **Creditor #: 35**<br>**Condell Medical  Center**<br>**97169 Eagle Way**<br>**Chicago, IL 60678-9710** | - | | | | X | | 894.60 |
| Account No. **2516427-000** | | | Medical. | | | | |
| **Creditor #: 36**<br>**Condell Medical  Center**<br>**97169 Eagle Way**<br>**Chicago, IL 60678-9710** | - | | | | X | | 1,025.10 |
| Account No. **2515448-000** | | | Medical. | | | | |
| **Creditor #: 37**<br>**Condell Medical  Center**<br>**97169 Eagle Way**<br>**Chicago, IL 60678-9710** | - | | | | X | | 1,737.11 |
| Account No. **2513433-000** | | | Medical. | | | | |
| **Creditor #: 38**<br>**Condell Medical  Center**<br>**97169 Eagle Way**<br>**Chicago, IL 60678-9710** | - | | | | X | | 2,667.38 |
| Account No. **2538013-000** | | | Medical. | | | | |
| **Creditor #: 39**<br>**Condell Medical  Center**<br>**97169 Eagle Way**<br>**Chicago, IL 60678-9710** | - | | | | X | | 3,120.94 |

Sheet no. __**8**___ of __**37**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,445.13

B6F (Official Form 6F) (12/07) - Cont.

In re **Monique Renee Brouillette-Diercks** _____ ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2538659-000 | | | Medical. | | | | |
| Creditor #: 40 Condell Medical Center 97169 Eagle Way Chicago, IL 60678-9710 | - | | | | X | | 4,902.18 |
| Account No. 4447962155429743 | | | Opened 3/01/08 Credit account. | | | | |
| Creditor #: 41 Credit One Bank Po Box 98875 Las Vegas, NV 89193 | | W | | | X | | 815.00 |
| Account No. 4447960112813629 | | | Opened 11/01/03 Credit account. | | | | |
| Creditor #: 42 Credit One Bank Po Box 98875 Las Vegas, NV 89193 | | H | | | X | | 629.00 |
| Account No. 825699B78616 | | | Opened 4/28/09 Collection Lake County Radiolog | | | | |
| Creditor #: 43 Dependon Collection Se Po Box 4833 Oak Brook, IL 60522 | - | | | | X | | 351.00 |
| Account No. 815837B64275 | | | Opened 3/30/09 Collection Lake County Radiolog | | | | |
| Creditor #: 44 Dependon Collection Se Po Box 4833 Oak Brook, IL 60522 | - | | | | X | | 279.00 |

Sheet no. __9__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **6,976.18**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Monique Renee Brouillette-Diercks**_____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **815837B64279** | | | Opened  3/30/09 | | | | |
| **Creditor #: 45**<br>**Dependon Collection Se**<br>**Po Box 4833**<br>**Oak Brook, IL 60522** | - | | **Collection Lake County Radiolog** | | X | | |
| | | | | | | | 279.00 |
| Account No. **815837B64281** | | | Opened  3/30/09 | | | | |
| **Creditor #: 46**<br>**Dependon Collection Se**<br>**Po Box 4833**<br>**Oak Brook, IL 60522** | - | | **Collection Lake County Radiolog** | | X | | |
| | | | | | | | 279.00 |
| Account No. **815837B64305** | | | Opened  3/30/09 | | | | |
| **Creditor #: 47**<br>**Dependon Collection Se**<br>**Po Box 4833**<br>**Oak Brook, IL 60522** | - | | **Collection Lake County Radiolog** | | X | | |
| | | | | | | | 279.00 |
| Account No. **KI5898** | | | Medical. | | | | |
| **Creditor #: 48**<br>**Dermatology Assoc.**<br>**c/o First Federal Credit Control**<br>**Po Box 20790**<br>**Columbus, OH 43220-0790** | - | | | | X | | |
| | | | | | | | 158.94 |
| Account No. **10439768** | | | Opened 8/01/08 | | | | |
| **Creditor #: 49**<br>**Diversified Adjustment**<br>**600 Coon Rapids Blvd Nw**<br>**Coon Rapids, MN 55433** | H | | **Collection for Sprint** | | X | | |
| | | | | | | | 350.00 |

Sheet no. __10__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 1,345.94 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Monique Renee Brouillette-Diercks** _____ ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **247070** | | | Medical. | | | | |
| Creditor #: 50 **Ear Nose Throat LTD** **700 Westmoreland Bldg. F** **Lake Forest, IL 60045** | - | | | | X | | 275.00 |
| Account No. | | | Representing: **Ear Nose Throat LTD** | | | | Notice Only |
| **BlueCross BlueShield** **of Minnesota** **PO Box 64560** **Saint Paul, MN 55164-0560** | | | | | | | |
| Account No. **635917** | | | Medical. | | | | |
| Creditor #: 51 **FCI** **3703 West Lake Ave.** **Glenview, IL 60025** | - | | | | X | | 152.89 |
| Account No. **12102799** | | | Opened 11/23/10 **Collection Dermatology Associat** | | | | |
| Creditor #: 52 **Ffcc-Columbus Inc** **1550 Old Henderson Rd St** **Columbus, OH 43220** | - | | | | X | | 122.00 |
| Account No. **9876157968** | | | Opened 9/01/07 **Collection for TCF National Bank.** | | | | |
| Creditor #: 53 **Heller And Frisone,** **33 North Lasalle Street  Suite 1200** **Chicago, IL 60602** | | H | | | X | | 645.00 |

Sheet no. __11__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,194.89

B6F (Official Form 6F) (12/07) - Cont.

In re **Monique Renee Brouillette-Diercks** ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5120255016353389** | | | | Opened  8/01/07 | | | | |
| **Creditor #: 54** **Hsbc Bank** **Po Box 5253** **Carol Stream, IL 60197** | | W | | Credit account. | | X | | |
| | | | | | | | | 685.49 |
| Account No. | | | | | | | | |
| **MCM** **Po Box 60578** **Los Angeles, CA 90060-0578** | | | | Representing: Hsbc Bank | | | | Notice Only |
| Account No. **2174414** | | | | Breach of residential lease | | | | |
| **Creditor #: 55** **Hunter Warfield** **4620 Woodland Corporate Blvd.** **Tampa, FL 33614** | | - | | | | | | |
| | | | | | | | | 1,926.00 |
| Account No. **4131609** | | | | Overpayment of unemployment | | | | |
| **Creditor #: 56** **Illinois Department of Employment S** **Benefits Repayments** **PO Box 6996** **Chicago, IL 60680-6996** | | - | | | | | | |
| | | | | | | | | 2,007.00 |
| Account No. **5593952-080903** | | | | Medical. | | | | |
| **Creditor #: 57** **Infinity Healthcare Physicians, S.C** **c/o NCC** **245 Main St.** **Scranton, PA 18519-1641** | | - | | | | X | | |
| | | | | | | | | 134.75 |

Sheet no. **12** of **37** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,753.24

B6F (Official Form 6F) (12/07) - Cont.

In re    **Monique Renee Brouillette-Diercks**                                    ,        Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5607489-080911**<br>**Creditor #: 58**<br>**Infinity Healthcare Physicians, S.C**<br>**c/o NCC**<br>**245 Main St.**<br>**Scranton, PA 18519-1641** | - | | | Medical. | | X | | 362.00 |
| Account No. **5607489-080911**<br>**Creditor #: 59**<br>**Infinity Healthcare Physicians, S.C**<br>**c/o West Asset Management Inc.**<br>**Po Box 790113**<br>**Saint Louis, MO 63179-0113** | - | | | Medical. | | X | | 944.00 |
| Account No. 654935<br>**Creditor #: 60**<br>**Insurex Inc.**<br>**dba Insurex of Texas, Inc.**<br>**1880 S. Dairy Ashford, Ste. 125**<br>**Houston, TX 77077** | - | | | Subrogation claim. | | X | | 1,555.14 |
| Account No.<br><br>**Progressive Insurance**<br>**PO Box 43258**<br>**Cleveland, OH 44143** | | | | Representing:<br>Insurex Inc. | | | | Notice Only |
| Account No.<br><br>**Subrogation Unit**<br>**Po Box 43258**<br>**Cleveland, OH 44143** | | | | Representing:<br>Insurex Inc. | | | | Notice Only |

Sheet no. __13__ of __37__ sheets attached to Schedule of                                            Subtotal                    | 2,861.14
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Monique Renee Brouillette-Diercks**                                           ,   Case No. _____
                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6500059941552** | | | **Utility.** | | | | |
| **Creditor #: 61** **Integrys Energy** **c/o CBCS** **Po Box 163250** **Columbus, OH 43216-3250** | - | | | | X | | 939.77 |
| Account No. | | | **Representing:** | | | | |
| **Professional Recovery Consultants** **Po Box 51187** **Durham, NC 27717-1187** | | | **Integrys Energy** | | | | Notice Only |
| Account No. **7748681** | | | **Opened 5/11/06** **Collection for Kens World Video** | | | | |
| **Creditor #: 62** **KCA Financial Services** **628 North Street** **Box 53** **Geneva, IL 60134** | | W | | | X | | 187.30 |
| Account No. **69845** | | | **Medical bills** | | | | |
| **Creditor #: 63** **Lake County Acute Care, LLP** **75 Remittance Drive STE 1151** **Chicago, IL 60675** | - | | | | | | 50.00 |
| Account No. | | | **Representing:** | | | | |
| **Harris & Harris** **222 Merchandise Mart Plaza** **Ste. 1900** **Chicago, IL 60654** | | | **Lake County Acute Care, LLP** | | | | Notice Only |

Sheet no. __14__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,177.07**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Monique Renee Brouillette-Diercks** _____,      Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **262*693930.1** | | | | Medical. | | | | |
| **Creditor #: 64** **Lake County Radiology Associates,SC** **36104 Treasury Ctr.** **Chicago, IL 60694-6100** | | - | | | | X | | |
| | | | | | | | | 279.00 |
| Account No. **262*696685.1** | | | | Medical. | | | | |
| **Creditor #: 65** **Lake County Radiology Associates,SC** **36104 Treasury Ctr.** **Chicago, IL 60694-6100** | | - | | | | X | | |
| | | | | | | | | 279.00 |
| Account No. **262*693652.1** | | | | Medical. | | | | |
| **Creditor #: 66** **Lake County Radiology Associates,SC** **36104 Treasury Ctr.** **Chicago, IL 60694-6100** | | - | | | | X | | |
| | | | | | | | | 279.00 |
| Account No. **18414337** | | | | Medical. | | | | |
| **Creditor #: 67** **Lake Forest E.R. Physicians** **c/o Malcolm S. Gerald and Assoc.** **332 S. Michigan Ave., Ste. 600** **Chicago, IL 60604** | | - | | | | X | | |
| | | | | | | | | 254.00 |
| Account No. **AO2-243-191595-70** | | | | Car insurance. | | | | |
| **Creditor #: 68** **Liberty Mutual Group** **Po Box 970** **IN 46564** | | - | | | | X | | |
| | | | | | | | | 618.18 |

Sheet no. __**15**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,709.18**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Monique Renee Brouillette-Diercks**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Credit Collection Services** <br> **2 Wells Avenue** <br> **DEPT: 7249** <br> **Newton Center, MA 02459** | | | **Representing:** <br> **Liberty Mutual Group** | | | | **Notice Only** |
| Account No. <br><br> **Remittance Processing Center** <br> **Liberty Mutual** <br> **Po Box 8400** <br> **Dover, NH 03821-8400** | | | **Representing:** <br> **Liberty Mutual Group** | | | | **Notice Only** |
| Account No. **4447962155429743** <br> **Creditor #: 69** <br> **Lvnv Funding Llc** <br> **Po Box 740281** <br> **Houston, TX 77274** | W | | **Opened 3/01/09** <br> **Credit account.** | | X | | **1,015.82** |
| Account No. <br><br> **J.C.Christensen & Associates, Inc.** <br> **PO Box 519** <br> **Sauk Rapids, MN 56379** | | | **Representing:** <br> **Lvnv Funding Llc** | | | | **Notice Only** |
| Account No. **4447960112813629** <br> **Creditor #: 70** <br> **Lvnv Funding Llc** <br> **Po Box 740281** <br> **Houston, TX 77274** | H | | **Opened 8/01/08** <br> **Credit account.** | | X | | **660.00** |

Sheet no. __16__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,675.82**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Monique Renee Brouillette-Diercks**                              ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4447962155429743** <br><br> **Creditor #: 71** <br> **Lvnv Funding Llc** <br> **Po Box 740281** <br> **Houston, TX 77274** | - | | **Opened  3/12/09** <br> **Collection Marin** | | X | | 1,245.00 |
| Account No.  **MCSIRLBPT10028463** <br><br> **Creditor #: 72** <br> **Mcsi Inc** <br> **Po Box 327** <br> **Palos Heights, IL 60463** | - | | **Opened  2/10/11** <br> **Collection 01 Village Of Round Lake** | | X | | 125.00 |
| Account No. 5492530000903997 <br><br> **Creditor #: 73** <br> **Metacashye** <br> **2500 S Minnesota Ave** <br> **Sioux Falls, SD 57105** | | W | **Opened  4/01/08** <br> **Credit account.** | | X | | 826.00 |
| Account No. <br><br> **Cash Yes! Card** <br> **880 Lee St.** <br> **Ste. 301A** <br> **Des Plaines, IL 60016** | | | **Representing:** <br> **Metacashye** | | | | **Notice Only** |
| Account No. 5492530000033308 <br><br> **Creditor #: 74** <br> **Metacashye** <br> **2500 S Minnesota Ave** <br> **Sioux Falls, SD 57105** | | W | **Opened  4/01/08** <br> **Credit account.** | | X | | 305.00 |

Sheet no. __17__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,501.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Monique Renee Brouillette-Diercks** _____,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5492530000903997 <br><br>**Creditor #: 75** <br>**Metacashye** | - | | Opened 4/01/08 <br>Credit account. | | X | | 826.00 |
| Account No. 8532349083 <br><br>**Creditor #: 76** <br>**Midland Credit Mgmt In** <br>**8875 Aero Dr** <br>**San Diego, CA 92123** | - | | Opened 9/08/09 <br>Collection Tribute Mastercard | | X | | 1,421.00 |
| Account No. 8534213952 <br><br>**Creditor #: 77** <br>**Midland Credit Mgmt In** <br>**8875 Aero Dr** <br>**San Diego, CA 92123** | - | | Opened 3/18/10 <br>Collection Hsbc Bank | | X | | 675.00 |
| Account No. 2-27546 <br><br>**Creditor #: 78** <br>**Midwest Pathology Services** <br>**c/o Medical Recovery Specialists In** <br>**2250 E. Devon Ave., Ste. 352** <br>**Des Plaines, IL 60018-4519** | - | | Medical. | | X | | 98.22 |
| Account No. 8991408 <br><br>**Creditor #: 79** <br>**Miramedrg** <br>**991 Oak Creek Dr** <br>**Lombard, IL 60148** | - | | Opened 6/30/11 <br>Collection Med1 02 Lake Forest | | X | | 124.00 |

Sheet no. __18__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **3,144.22**

B6F (Official Form 6F) (12/07) - Cont.

In re __Monique Renee Brouillette-Diercks_____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4943** <br><br> **Creditor #: 80** <br>**Mundelein Dental Care** <br>**328 N. Lake St.** <br>**Mundelein, IL 60060-2208** | - | | Dental. | | X | | 711.88 |
| Account No. **4943** <br><br> **Creditor #: 81** <br>**Mundelein Dental Care** <br>**328 N. Lake St.** <br>**Mundelein, IL 60060-2208** | - | | Dental. | | X | | 701.66 |
| Account No. **4943** <br><br> **Creditor #: 82** <br>**Mundelein Dental Care** <br>**328 N. Lake St.** <br>**Mundelein, IL 60060-2208** | - | | Dental. | | X | | 691.59 |
| Account No. **4943** <br><br> **Creditor #: 83** <br>**Mundelein Dental Care** <br>**328 N. Lake St.** <br>**Mundelein, IL 60060-2208** | - | | Dental. | | X | | 671.59 |
| Account No. **4943** <br><br> **Creditor #: 84** <br>**Mundelein Dental Care** <br>**328 N. Lake St.** <br>**Mundelein, IL 60060-2208** | - | | Dental. | | X | | 652.31 |

Sheet no. __19__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **3,429.03**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Monique Renee Brouillette-Diercks**                                    ,    Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4943** | | | Dental. | | | | |
| Creditor #: 85 Mundelein Dental Care 328 N. Lake St. Mundelein, IL 60060-2208 | - | | | | X | | 661.95 |
| Account No. **4943** | | | Dental. | | | | |
| Creditor #: 86 Mundelein Dental Care 328 N. Lake St. Mundelein, IL 60060-2208 | - | | | | X | | 642.94 |
| Account No. **4943** | | | Dental. | | | | |
| Creditor #: 87 Mundelein Dental Care 328 N. Lake St. Mundelein, IL 60060-2208 | - | | | | X | | 606.16 |
| Account No. **4943** | | | Dental. | | | | |
| Creditor #: 88 Mundelein Dental Care 328 N. Lake St. Mundelein, IL 60060-2208 | - | | | | X | | 579.93 |
| Account No. **4943** | | | Dental. | | | | |
| Creditor #: 89 Mundelein Dental Care 328 N. Lake St. Mundelein, IL 60060-2208 | - | | | | X | | 579.93 |

Sheet no. __20__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,070.91

B6F (Official Form 6F) (12/07) - Cont.

In re    **Monique Renee Brouillette-Diercks**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4943** | | | Dental. | | | | |
| **Creditor #: 90**<br>**Mundelein Dental Care**<br>**328 N. Lake St.**<br>**Mundelein, IL 60060-2208** | - | | | | X | | 571.48 |
| Account No. **4943** | | | Dental. | | | | |
| **Creditor #: 91**<br>**Mundelein Dental Care**<br>**328 N. Lake St.**<br>**Mundelein, IL 60060-2208** | - | | | | X | | 604.36 |
| Account No. **4943** | | | Dental. | | | | |
| **Creditor #: 92**<br>**Mundelein Dental Care**<br>**328 N. Lake St.**<br>**Mundelein, IL 60060-2208** | - | | | | X | | 545.25 |
| Account No. **4943** | | | Dental. | | | | |
| **Creditor #: 93**<br>**Mundelein Dental Care**<br>**328 N. Lake St.**<br>**Mundelein, IL 60060-2208** | - | | | | X | | 521.77 |
| Account No. **4943** | | | Dental. | | | | |
| **Creditor #: 94**<br>**Mundelein Dental Care**<br>**328 N. Lake St.**<br>**Mundelein, IL 60060-2208** | - | | | | X | | 514.06 |

Sheet no. __21__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            2,756.92

B6F (Official Form 6F) (12/07) - Cont.

In re **Monique Renee Brouillette-Diercks** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4943** | | | Dental. | | | | |
| Creditor #: 95<br>**Mundelein Dental Care**<br>**328 N. Lake St.**<br>**Mundelein, IL 60060-2208** | - | | | | X | | 555.84 |
| Account No. **4943** | | | Dental. | | | | |
| Creditor #: 96<br>**Mundelein Dental Care**<br>**328 N. Lake St.**<br>**Mundelein, IL 60060-2208** | - | | | | X | | 547.74 |
| Account No. **4943** | | | Dental. | | | | |
| Creditor #: 97<br>**Mundelein Dental Care**<br>**328 N. Lake St.**<br>**Mundelein, IL 60060-2208** | - | | | | X | | 524.27 |
| Account No. **4943** | | | Dental. | | | | |
| Creditor #: 98<br>**Mundelein Dental Care**<br>**328 N. Lake St.**<br>**Mundelein, IL 60060-2208** | - | | | | X | | 516.74 |
| Account No. **4943** | | | Dental. | | | | |
| Creditor #: 99<br>**Mundelein Dental Care**<br>**328 N. Lake St.**<br>**Mundelein, IL 60060-2208** | - | | | | X | | 509.32 |

Sheet no. __22__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,653.91

B6F (Official Form 6F) (12/07) - Cont.

In re   **Monique Renee Brouillette-Diercks**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4943** | | | | | Dental. | | | | |
| Creditor #: 100 **Mundelein Dental Care** **328 N. Lake St.** **Mundelein, IL 60060-2208** | - | | | | | | X | | 501.90 |
| Account No. **4943** | | | | | Dental. | | | | |
| Creditor #: 101 **Mundelein Dental Care** **328 N. Lake St.** **Mundelein, IL 60060-2208** | - | | | | | | X | | 494.70 |
| Account No. **4943** | | | | | Dental. | | | | |
| Creditor #: 102 **Mundelein Dental Care** **328 N. Lake St.** **Mundelein, IL 60060-2208** | - | | | | | | X | | 507.50 |
| Account No. **4943** | | | | | Dental. | | | | |
| Creditor #: 103 **Mundelein Dental Care** **328 N. Lake St.** **Mundelein, IL 60060-2208** | - | | | | | | X | | 500.00 |
| Account No. **4943** | | | | | Dental. | | | | |
| Creditor #: 104 **Mundelein Dental Care** **328 N. Lake St.** **Mundelein, IL 60060-2208** | - | | | | | | X | | 522.00 |

Sheet no. __23__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,526.10

B6F (Official Form 6F) (12/07) - Cont.

In re  **Monique Renee Brouillette-Diercks**                                    ,     Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4943** | | | | | Dental. | | | | |
| Creditor #: 105 **Mundelein Dental Care** **328 N. Lake St.** **Mundelein, IL 60060-2208** | - | | | | | | X | | 520.00 |
| Account No. **4943** | | | | | Dental. | | | | |
| Creditor #: 106 **Mundelein Dental Care** **328 N. Lake St.** **Mundelein, IL 60060-2208** | - | | | | | | X | | 540.00 |
| Account No. **4943** | | | | | Dental. | | | | |
| Creditor #: 107 **Mundelein Dental Care** **328 N. Lake St.** **Mundelein, IL 60060-2208** | - | | | | | | X | | 560.00 |
| Account No. **4943** | | | | | Dental. | | | | |
| Creditor #: 108 **Mundelein Dental Care** **328 N. Lake St.** **Mundelein, IL 60060-2208** | - | | | | | | X | | 630.00 |
| Account No. **4943** | | | | | Dental. | | | | |
| Creditor #: 109 **Mundelein Dental Care** **328 N. Lake St.** **Mundelein, IL 60060-2208** | - | | | | | | X | | 485.00 |

Sheet no. __24__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,735.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Monique Renee Brouillette-Diercks**                                    ,       Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4943** | | | Dental. | | | | |
| **Creditor #: 110**<br>**Mundelein Dental Care**<br>**328 N. Lake St.**<br>**Mundelein, IL 60060-2208** | - | | | | X | | 726.14 |
| Account No. **4943** | | | Dental. | | | | |
| **Creditor #: 111**<br>**Mundelein Dental Care**<br>**328 N. Lake St.**<br>**Mundelein, IL 60060-2208** | - | | | | X | | 733.00 |
| Account No. **4943** | | | Dental. | | | | |
| **Creditor #: 112**<br>**Mundelein Dental Care**<br>**328 N. Lake St.**<br>**Mundelein, IL 60060-2208** | - | | | | X | | 680.00 |
| Account No. **4943** | | | Dental. | | | | |
| **Creditor #: 113**<br>**Mundelein Dental Care**<br>**328 N. Lake St.**<br>**Mundelein, IL 60060-2208** | - | | | | X | | 630.00 |
| Account No. **4943** | | | Dental. | | | | |
| **Creditor #: 114**<br>**Mundelein Dental Care**<br>**328 N. Lake St.**<br>**Mundelein, IL 60060-2208** | - | | | | X | | 610.00 |

Sheet no. __25__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,379.14

B6F (Official Form 6F) (12/07) - Cont.

In re   **Monique Renee Brouillette-Diercks** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **4943** <br> **Creditor #: 115** <br> **Mundelein Dental Care** <br> **328 N. Lake St.** <br> **Mundelein, IL 60060-2208** | - | | | Dental. | | X | | 681.52 |
| Account No. **25128315** <br> **Creditor #: 116** <br> **National Recovery Agen** <br> **2491 Paxton St** <br> **Harrisburg, PA 17111** | - | | | Opened 8/18/11 Last Active 8/01/08 <br> Collection Infinity Healthcare | | | | 539.00 |
| Account No. **50527597** <br> **Creditor #: 117** <br> **Nco-Medclr** <br> **Po Box 8547** <br> **Philadelphia, PA 19101** | | W | | Opened 10/01/08 <br> Collection Infinity Healthcare; medical. | | X | | 582.00 |
| Account No. **50606654** <br> **Creditor #: 118** <br> **Nco-Medclr** <br> **Po Box 8547** <br> **Philadelphia, PA 19101** | | H | | Opened 8/01/08 <br> Collection Infinity Healthcare; medical. | | X | | 564.00 |
| Account No. **49300885** <br> **Creditor #: 119** <br> **Nco-Medclr** <br> **Po Box 8547** <br> **Philadelphia, PA 19101** | | W | | Opened 8/01/08 <br> Collection Infinity Healthcare | | X | | 539.00 |

Sheet no. __26__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,905.52

B6F (Official Form 6F) (12/07) - Cont.

In re  **Monique Renee Brouillette-Diercks**                                    ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **49777447** | | | **Opened  9/01/08** | | | | |
| **Creditor #: 120** **Nco-Medclr** **Po Box 8547** **Philadelphia, PA 19101** | | W | **Collection Infinity Healthcare** | | X | | 362.00 |
| Account No. **532537-45073496** | | | **Medical.** | | | | |
| **Creditor #: 121** **Northshore Univ Hlthsys Med Grp** **c/o Van Ru Credit Corp.** **1350 E. Touhy Ave., Ste. 100E** **Des Plaines, IL 60018** | | - | | | X | | 197.00 |
| Account No. **532537-45073497** | | | **Medical.** | | | | |
| **Creditor #: 122** **Northshore Univ Hlthsys Med Grp** **c/o Van Ru Credit Corp.** **1350 E. Touhy Ave., Ste. 100E** **Des Plaines, IL 60018** | | - | | | X | | 201.00 |
| Account No. **532537-46143432** | | | **Medical.** | | | | |
| **Creditor #: 123** **Northshore Univ Hlthsys Med Grp** **c/o Van Ru Credit Corp.** **1350 E. Touhy Ave., Ste. 100E** **Des Plaines, IL 60018** | | - | | | X | | 311.00 |
| Account No. **11722311-8352** | | | **Medical.** | | | | |
| **Creditor #: 124** **Northshore University Health System** **c/o Pinnacle Management Services** **514 Market Loop** **Des Plaines, IL 60018** | | - | | | X | | 248.40 |

Sheet no.  __27__ of __37__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,319.40

B6F (Official Form 6F) (12/07) - Cont.

In re  **Monique Renee Brouillette-Diercks** _____,   Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W JC | | | | | | |
| Account No. **11309466** | | | | Medical. | | | | |
| **Creditor #: 125** **Northshore University Health System** **c/o ICS** **Po Box 1010** **Tinley Park, IL 60477-9110** | | - | | | | X | | |
| | | | | | | | | 28.00 |
| Account No. **EP532537** | | | | Medical bills | | | | |
| **Creditor #: 126** **Northshore University Health System** **9532 Eagleway** **Chicago, IL 60678** | | - | | | | | | |
| | | | | | | | | 208.00 |
| Account No. **13304756** | | | | Medical Bills | | | | |
| **Creditor #: 127** **Northshore University Health Systes** **Hosital Billing** **23056 Network Place** **Chicago, IL 60673-1230** | | - | | | | | | |
| | | | | | | | | 40.00 |
| Account No. **69809077** | | | | Medical. | | | | |
| **Creditor #: 128** **Northwestern Lake Forest Hospotal** **660 N. Westmoreland Rd.** **Lake Forest, IL 60045-1659** | | - | | | | X | | |
| | | | | | | | | 879.00 |
| Account No. **44731291238** | | | | Opened  9/01/04 **2004 Chevy Silvarado with aprox. 45,000 miles; repoed Oct. 2008.** | | | | |
| **Creditor #: 129** **Nuvell** **5700 Crooks Rd Ste 301** **Troy, MI 48098** | | H | | | | | | |
| | | | | | | | | 4,637.00 |

Sheet no. __28__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    5,792.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Monique Renee Brouillette-Diercks**                              , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **First Financial Asset Mgmt., Inc.** <br> **PO Box 6887** <br> **Miramar Beach, FL 32550** | | | Representing: <br> **Nuvell** | | | | **Notice Only** |
| Account No. **1106945** <br><br> **Creditor #: 130** <br> **Oac** <br> **Po Box 371068** <br> **Milwaukee, WI 53237** | | W | Opened 12/01/08 <br> Collection Condell Patholo; medical. | | X | | **198.00** |
| Account No. **1106945** <br><br> **Creditor #: 131** <br> **Oac** <br> **Po Box 371100** <br> **Milwaukee, WI 53237** | | - | Opened  2/23/09 <br> Collection Med1 02 Condell Path | | | | **198.00** |
| Account No. **0024845014** <br><br> **Creditor #: 132** <br> **Ob-Gyne Associates of Lake** <br> **c/o NCO Financial Systems Inc.** <br> **507 Prudential Rd.** <br> **Horsham, PA 19044** | | - | Medical. | | X | | **2,044.93** |
| Account No. <br><br> **OB Gyne Assoc. of Lake County SC** <br> **890 S. Garfield Ave.** <br> **Ste. 200** <br> **Libertyville, IL 60048** | | | Representing: <br> **Ob-Gyne Associates of Lake** | | | | **Notice Only** |

Sheet no. __29__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **2,440.93**

B6F (Official Form 6F) (12/07) - Cont.

In re __Monique Renee Brouillette-Diercks_____,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 978616437 | | | | Opened 12/31/09 Collection Direct Brands Inc | | | | |
| Creditor #: 133 Penn Credit Corporatio 916 S 14th St Harrisburg, PA 17104 | - | | | | | | | |
| | | | | | | | | 61.39 |
| Account No. | | | | | | | | |
| West Bay Acquisitions LLC Po Box 8009 Cranston, RI 02920 | | | | Representing: Penn Credit Corporatio | | | | Notice Only |
| Account No. 6500051027701 | | | | Opened 5/01/08 Utility | | | | |
| Creditor #: 134 Peoples Energy 130 E. Randolph Drive Chicago, IL 60601 | | W | | | | X | | |
| | | | | | | | | 381.80 |
| Account No. | | | | | | | | |
| CBCS Po Box 69 Columbus, OH 43216 | | | | Representing: Peoples Energy | | | | Notice Only |
| Account No. | | | | | | | | |
| Harris & Harris, LTD 222 Merchandise Mart Plaza Suite 1900 Chicago, IL 60654 | | | | Representing: Peoples Energy | | | | Notice Only |

Sheet no. __30__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

443.19

B6F (Official Form 6F) (12/07) - Cont.

In re  **Monique Renee Brouillette-Diercks**                                      ,        Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5461557995** | | | | Medical. | | | | |
| **Creditor #: 135**<br>**Quest Diagnostic**<br>**c/o C.C.S.**<br>**Po Box 55126**<br>**Boston, MA 02205-5126** | - | | | | | X | | 1,250.05 |
| Account No. **5461557995** | | | | Medical. | | | | |
| **Creditor #: 136**<br>**Quest Diagnostic**<br>**c/o C.C.S.**<br>**Po Box 55126**<br>**Boston, MA 02205-5126** | - | | | | | X | | 912.05 |
| Account No. **4922520761** | | | | Medical. | | | | |
| **Creditor #: 137**<br>**Quest Diagnostics**<br>**c/o American Medical Collection**<br>**2269 S. Saw Mill River Rd., Blvg. 3**<br>**Elmsford, NY 10523** | - | | | | | X | | 69.50 |
| Account No. **WDA5598488161** | | | | Medical. | | | | |
| **Creditor #: 138**<br>**Quest Diagnostics**<br>**c/o American Medical Collection**<br>**2269 S. Saw Mill River Rd., Blvg. 3**<br>**Elmsford, NY 10523** | - | | | | | X | | 228.00 |
| Account No. **WDA5598488173** | | | | Medical. | | | | |
| **Creditor #: 139**<br>**Quest Diagnostics**<br>**c/o American Medical Collection**<br>**2269 S. Saw Mill River Rd., Blvg. 3**<br>**Elmsford, NY 10523** | - | | | | | X | | 270.00 |

Sheet no. __31__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,729.60

B6F (Official Form 6F) (12/07) - Cont.

In re   **Monique Renee Brouillette-Diercks**                                    ,        Case No. _____
                                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **IL00197425-A-00** | | | Car insurance. | | | | |
| Creditor #: 140 **Safeauto Insurance** 4 Easton Oval Columbus, OH 43219 | - | | | | X | | 618.00 |
| Account No. **IL00197425-A-00** | | | Car insurance. | | | | |
| Creditor #: 141 **Safeauto Insurance** 4 Easton Oval Columbus, OH 43219 | - | | | | X | | 31.00 |
| Account No. **19226209** | | | Claim. | | | | |
| Creditor #: 142 **Solomon and Solomon** Box 15019 Albany, NY 12212-5019 | - | | | | X | | 23,529.50 |
| Account No. | | | Representing: **Solomon and Solomon** | | | | |
| **Indianapolis Claim Service Center** Po Box 68941 Indianapolis, IN 46268 | | | | | | | Notice Only |
| Account No. **01745356** | | | Claim. | | | | |
| Creditor #: 143 **State Farm Mutual Auto Ins.** c/o Stuart Allan & Assoc. 5447 E. 5th St., Ste. 110 Tucson, AZ 85711-2345 | - | | | | X | | 2,552.17 |

Sheet no. __32__ of __37__ sheets attached to Schedule of              Subtotal              26,730.67
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Monique Renee Brouillette-Diercks**                              ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **529083269** | | | Telephone. | | | | |
| **Creditor #: 144**<br>**T-Mobile**<br>**PO Box 742596**<br>**Cincinnati, OH 45274-2596** | - | | | | X | | |
| | | | | | | | 200.00 |
| Account No. **xxxxxxxx1338** | | | Medical. | | | | |
| **Creditor #: 145**<br>**The Family Stress Clinic, Ltd.**<br>**Frances Pacheco, Psy. D.**<br>**1641 N. Milwaukee Ave., Ste. 7**<br>**Libertyville, IL 60048-1350** | - | | | | X | | |
| | | | | | | | 1,300.00 |
| Account No. **xxxxxxxx1338** | | | Medical. | | | | |
| **Creditor #: 146**<br>**The Family Stress Clinic, Ltd.**<br>**Frances Pacheco, Psy. D.**<br>**1641 N. Milwaukee Ave., Ste. 7**<br>**Libertyville, IL 60048-1350** | - | | | | X | | |
| | | | | | | | 740.00 |
| Account No. **xxxxxxxx1338** | | | Medical. | | | | |
| **Creditor #: 147**<br>**The Family Stress Clinic, Ltd.**<br>**Frances Pacheco, Psy. D.**<br>**1641 N. Milwaukee Ave., Ste. 7**<br>**Libertyville, IL 60048-1350** | - | | | | X | | |
| | | | | | | | 410.00 |
| Account No. | | | | | | | |
| **Aetna Life Insurance Company**<br>**Po Box 981109**<br>**El Paso, TX 79998-1109** | | | Representing:<br>**The Family Stress Clinic, Ltd.** | | | | **Notice Only** |

Sheet no. _**33**_ of _**37**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,650.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Monique Renee Brouillette-Diercks**                               ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5259830008450386** <br><br> **Creditor #: 148** <br> **Tribute/Fbofd** <br> **6 Concourse Pkwy Ne Fl 2** <br> **Atlanta, GA 30328** | | W | | **Opened 12/29/08** <br> **Credit account.** | | X | | **1,442.45** |
| Account No. <br><br> **MCM** <br> **Po Box 60578** <br> **Los Angeles, CA 90060-0578** | | | | **Representing:** <br> **Tribute/Fbofd** | | | | **Notice Only** |
| Account No. **532537-73647206** <br><br> **Creditor #: 149** <br> **Van Ru Credit Corp.** <br> **1350 E. Touhy Ave.** <br> **Ste. 100 E** <br> **Des Plaines, IL 60018-3307** | | - | | **Medical bills** | | | | **3.00** |
| Account No. **532537-73647305** <br><br> **Creditor #: 150** <br> **Van Ru Credit Corp.** <br> **1350 E. Touhy Ave.** <br> **Ste. 100 E** <br> **Des Plaines, IL 60018-3307** | | - | | **Medical bills** | | | | **13.00** |
| Account No. **532537-73647362** <br><br> **Creditor #: 151** <br> **Van Ru Credit Corp.** <br> **1350 E. Touhy Ave.** <br> **Ste. 100 E** <br> **Des Plaines, IL 60018-3307** | | - | | **Medical bills** | | | | **10.00** |

Sheet no. __34__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,468.45**

B6F (Official Form 6F) (12/07) - Cont.

In re __Monique Renee Brouillette-Diercks_____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **532537-73647420** | | | **Medical bills** | | | | |
| **Creditor #: 152**<br>**Van Ru Credit Corp.**<br>**1350 E. Touhy Ave.**<br>**Ste. 100 E**<br>**Des Plaines, IL 60018-3307** | - | | | | | | 9.00 |
| Account No. **532537-73647529** | | | **Medical bills** | | | | |
| **Creditor #: 153**<br>**Van Ru Credit Corp.**<br>**1350 E. Touhy Ave.**<br>**Ste. 100 E**<br>**Des Plaines, IL 60018-3307** | - | | | | | | 9.00 |
| Account No. **532537-73647652** | | | **Medical bills** | | | | |
| **Creditor #: 154**<br>**Van Ru Credit Corp.**<br>**1350 E. Touhy Ave.**<br>**Ste. 100 E**<br>**Des Plaines, IL 60018-3307** | - | | | | | | 27.00 |
| Account No. **532537-73647759** | | | **Medical bills** | | | | |
| **Creditor #: 155**<br>**Van Ru Credit Corp.**<br>**1350 E. Touhy Ave.**<br>**Ste. 100 E**<br>**Des Plaines, IL 60018-3307** | - | | | | | | 11.00 |
| Account No. **532537-73647951** | | | **Medical bills** | | | | |
| **Creditor #: 156**<br>**Van Ru Credit Corp.**<br>**1350 E. Touhy Ave.**<br>**Ste. 100 E**<br>**Des Plaines, IL 60018-3307** | - | | | | | | 37.00 |

Sheet no. __35__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            93.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Monique Renee Brouillette-Diercks** ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **532537-73648013** | | | | | **Medical bills** | | | | |
| **Creditor #: 157**<br>**Van Ru Credit Corp.**<br>**1350 E. Touhy Ave.**<br>**Ste. 100 E**<br>**Des Plaines, IL 60018-3307** | - | | | | | | | | 12.00 |
| Account No. **532537-73967890** | | | | | **Medical bills** | | | | |
| **Creditor #: 158**<br>**Van Ru Credit Corp.**<br>**1350 E. Touhy Ave.**<br>**Ste. 100 E**<br>**Des Plaines, IL 60018-3307** | - | | | | | | | | 18.00 |
| Account No. **532537-73967946** | | | | | **Medical bills** | | | | |
| **Creditor #: 159**<br>**Van Ru Credit Corp.**<br>**1350 E. Touhy Ave.**<br>**Ste. 100 E**<br>**Des Plaines, IL 60018-3307** | - | | | | | | | | 13.00 |
| Account No. **532537-73967831** | | | | | **Medical bills** | | | | |
| **Creditor #: 160**<br>**Van Ru Credit Corp.**<br>**1350 E. Touhy Ave.**<br>**Ste. 100 E**<br>**Des Plaines, IL 60018-3307** | - | | | | | | | | 11.00 |
| Account No. **532537-46143432** | | | | | **Medical bills** | | | | |
| **Creditor #: 161**<br>**Van Ru Credit Corp.**<br>**1350 E. Touhy Ave.**<br>**Ste. 100 E**<br>**Des Plaines, IL 60018-3307** | - | | | | | | | | 311.00 |

Sheet no. __36__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

365.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Monique Renee Brouillette-Diercks**                                    ,    Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **532537-73647151** | | | | Medical bills | | | | |
| **Creditor #: 162** **Van Ru Credit Corp.** **1350 E. Touhy Ave.** **Ste. 100 E** **Des Plaines, IL 60018-3307** | - | | | | | | | 35.00 |
| Account No. 9826009880 | | | | Opened 6/17/11 Collection Literary Guild Selec | | | | |
| **Creditor #: 163** **West Bay Acquisitions** **1540 Pontiac Ave Ste A** **Cranston, RI 02920** | - | | | | | | | 61.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __37__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 96.00 |
| Total (Report on Summary of Schedules) | | 123,201.76 |

B6G (Official Form 6G) (12/07)

.

In re   **Monique Renee Brouillette-Diercks**                                                ,   Case No. _____

                                               Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **501 Basil, LLC** | **Residential lease for $800 per month.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Monique Renee Brouillette-Diercks**                                                    ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Monique Renee Brouillette-Diercks** _____ Case No. _____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Widowed** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Clinical project mtgr** | |
| Name of Employer | **Agility Centralized Research Services** | |
| How long employed | **Nov. 2011 to present** | |
| Address of Employer | **2275 Half Day Rd # 133**<br>**Deerfield, IL 60015** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **3,808.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **3,808.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **968.00** | $ | **0.00** |
| b. Insurance | $ | **131.00** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify): **401(k) deduction** | $ | **76.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,175.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **2,633.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,633.00** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **2,633.00** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Monique Renee Brouillette-Diercks**                                          Case No. _____
                                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 800.00 |
| a. Are real estate taxes included?                Yes ___        No **X** | | |
| b. Is property insurance included?                Yes ___        No **X** | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 40.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 0.00 |
| d. Other  **See Detailed Expense Attachment** | $ | 140.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 40.00 |
| 7. Medical and dental expenses | $ | 60.00 |
| 8. Transportation (not including car payments) | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 75.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 177.00 |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Tuition** | $ | 350.00 |
| Other  **Books for school** | $ | 100.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,782.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 2,633.00 |
| b.    Average monthly expenses from Line 18 above | $ | 2,782.00 |
| c.    Monthly net income (a. minus b.) | $ | -149.00 |

**B6J (Official Form 6J) (12/07)**

In re   **Monique Renee Brouillette-Diercks**                                    Case No. _____
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Cellular telephone** | $ | **90.00** |
| **Cable, internet** | $ | **50.00** |
| **Total Other Utility Expenditures** | $ | **140.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Monique Renee Brouillette-Diercks__

Debtor(s)

Case No. _____

Chapter __7__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __52__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __August  7, 2013__

Signature __/s/ Monique Renee Brouillette-Diercks__
__Monique Renee Brouillette-Diercks__
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Monique Renee Brouillette-Diercks**                               Case No. _____
                                        Debtor(s)          Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐      business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar
       year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this
       calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may
       report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for
       each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint
       petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
| --- | --- | --- |
|  | $34,134.00 | **2011:**<br>**Cardiomedix, Inc. (ending in Nov. 2011)** |
|  | $2,054.00 | **2011:**<br>**Agility Centralized (Starting Nov. 2011)** |
|  | $27,783.00 | **2012:**<br>**Agility Centralized** |
|  | $23,785.00 | **2012:**<br>**Insperity Pec Services, L.P.** |

B7 (Official Form 7) (04/13)
2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $5,351.00 | **2011:**<br>**Federal income tax refund** |
| $806.00 | **2011:**<br>**State income tax return** |
| $1,022.00 | **2012:**<br>**Federal income tax refund** |
| $78.00 | **2012:**<br>**State income tax return** |

**3. Payments to creditors**

None ☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **501 Basil, LLC** | **Once per month at $800<br>(rent)** | **$2,400.00** | **$0.00** |

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Nuvell**<br>**5700 Crooks Rd Ste 301**<br>**Troy, MI 48098** | **Oct. 2008** | **2004 Chevy Silvarado with aprox. 45,000 miles; aprox. value at time of repo unknown.** |

---

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

B7 (Official Form 7) (04/13)
4

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**10.  Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

B7 (Official Form 7) (04/13)
5

**13.  Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16.  Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)

6

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Monique Renee Brouillette-Diercks** | xxx-xx-3799 | **504 Basil Road, Apt. A Lake Bluff, IL 60044** | **Sale of handmade accessories** | **2011 (not operating, no inventory)** |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **J & BAssociates 5250 Grand AVe., STe. 14 Gurnee, IL 60031** | **2011 income tax returns.** |
| **Monique Renee Brouillette-Diercks 504 Basil Road, Apt. A Lake Bluff, IL 60044** | **2012 taxes are self prepared** |

None ■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

---

B7 (Official Form 7) (04/13)
7

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

**NAME**                    **ADDRESS**

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

**NAME AND ADDRESS**            **DATE ISSUED**

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

**DATE OF INVENTORY**      **INVENTORY SUPERVISOR**      **DOLLAR AMOUNT OF INVENTORY**
(Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

**DATE OF INVENTORY**            **NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS**

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

**NAME AND ADDRESS**           **NATURE OF INTEREST**          **PERCENTAGE OF INTEREST**

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**NAME AND ADDRESS**           **TITLE**          **NATURE AND PERCENTAGE OF STOCK OWNERSHIP**

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

**NAME**                  **ADDRESS**           **DATE OF WITHDRAWAL**

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**NAME AND ADDRESS**           **TITLE**          **DATE OF TERMINATION**

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR**          **DATE AND PURPOSE OF WITHDRAWAL**          **AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY**

B7 (Official Form 7) (04/13)
8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                  TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **August  7, 2013**                          Signature   **/s/ Monique Renee Brouillette-Diercks**
                                                                  **Monique Renee Brouillette-Diercks**
                                                                  Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Monique Renee Brouillette-Diercks**

Debtor(s)

Case No. _____

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> **Consumers Coop Cred Un** | **Describe Property Securing Debt:** <br> **2002 Ford Explorer Sport-track with aporx. 125,000 miles** |

Property will be (check one):

☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br> **-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐  YES        ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **August  7, 2013** _____

Signature  **/s/ Monique Renee Brouillette-Diercks** _____
**Monique Renee Brouillette-Diercks**
Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Monique Renee Brouillette-Diercks**            Case No. _____

                                         Debtor(s)           Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,194.00 |
| Prior to the filing of this statement I have received | $ | 1,194.00 |
| Balance Due | $ | 0.00 |

2.   $   **306.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 7, 2013**                   **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
                                              **Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
                                              **Kaplan Law Offices, P.C.**
                                              **950 Skokie Boulevard**
                                              **Suite #310**
                                              **Northbrook, IL 60062**
                                              **(847) 509-9800  Fax: (847) 509-9801**
                                              **alex@alexkaplanlegal.com**

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Monique Renee Brouillette-Diercks**

                                                Debtor(s)

Case No. _____
Chapter   **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Monique Renee Brouillette-Diercks** | X **/s/ Monique Renee Brouillette-Diercks**       **August  7, 2013** |
| Printed Name(s) of Debtor(s) | Signature of Debtor             Date |
| Case No. (if known) _____ | X _____ |
| | Signature of Joint Debtor (if any)     Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Monique Renee Brouillette-Diercks**                      Case No.

                                   Debtor(s)       Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:               **188**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August  7, 2013**            **/s/ Monique Renee Brouillette-Diercks**

                                      **Monique Renee Brouillette-Diercks**
                                      Signature of Debtor

501 Basil, LLC


Advocate Condell Medical Center
755 S. Milwaukee Ave
Suite 127
Libertyville, IL 60048


Aetna Life Insurance Company
Po Box 981109
El Paso, TX 79998-1109


AMLI at Osprey Lake
c/o Huelson Law Firm, LLC
16029 S. Bradley
Olathe, KS 66062


Arnold Scott Harris, P.C.
222 Merchandise Mart Plaza, #1932
Chicago, IL 60654


Arnoldharris
600 West Jackson Suite 710
Chicago, IL 60661


Assoc in Therapy & Assesment
21 N Skokie Highway
Lake Bluff, IL 60044


BlueCross BlueShield
of Minnesota
PO Box 64560
Saint Paul, MN 55164-0560


Cap One
Po Box 85520
Richmond, VA 23285


Cash Yes! Card
880 Lee St.
Ste. 301A
Des Plaines, IL 60016

CBCS
Po Box 69
Columbus, OH 43216


Central DuPage Hospital
c/o Merchant's Credit Guide Co.
223 W. Jackson Blvd., #400
Chicago, IL 60606


Certified Services Inc
1733 Washington St Ste 2
Waukegan, IL 60085


Certified Services Inc
1733 Washington St Ste 2
Waukegan, IL 60085


Certified Services Inc
1733 Washington St Ste 2
Waukegan, IL 60085


Certified Services Inc
1733 Washington St Ste 2
Waukegan, IL 60085


Certified Services Inc
1733 Washington St Ste 2
Waukegan, IL 60085


Certified Services Inc
1733 Washington St Ste 2
Waukegan, IL 60085


Certified Services Inc
1733 Washington St Ste 2
Waukegan, IL 60085


Certified Services, Inc.
PO Box 177
Waukegan, IL 60079-0177


Certified Services, Inc.
PO Box 177
Waukegan, IL 60079-0177

Cheryl Perlis MD SC
1519 Springbank Church Rd.
Chatom, AL 36518-6130


City of Chicago EMS
33589 Treasury Center
Chicago, IL 60694


City of Chicago EMS
33589 Treasury Center
Chicago, IL 60694


City of Chicago EMS
33589 Treasury Center
Chicago, IL 60694


City of Chicago EMS
33589 Treasury Center
Chicago, IL 60694


City of Chicago EMS
33589 Treasury Center
Chicago, IL 60694


City of Chicago EMS
33589 Treasury Ctr.
Chicago, IL 60694


City of Chicago EMS
33589 Treasury Center
Chicago, IL 60694


City of Chicago EMS
33589 Treasury Center
Chicago, IL 60694


City of Chicago EMS
33589 Treasury Center
Chicago, IL 60694


Comcast
c/o EOS CCA
Po Box 329
Norwell, MA 02061-0329

ComEd
PO Box 6111
Carol Stream, IL 60197


ComED
Po Box 611
Carol Stream, IL 60197-6111


Condell Acute Care
6 E Phillip Rd
Ste 1102
Vernon Hills, IL 60061


Condell Acute Care
6 E Phillip Rd
Ste 1102
Vernon Hills, IL 60061


Condell Acute Care
6 E Phillip Rd
Ste 1102
Vernon Hills, IL 60061


Condell Medical  Center
97169 Eagle Way
Chicago, IL 60678-9710


Condell Medical  Center
97169 Eagle Way
Chicago, IL 60678-9710


Condell Medical  Center
97169 Eagle Way
Chicago, IL 60678-9710


Condell Medical  Center
97169 Eagle Way
Chicago, IL 60678-9710


Condell Medical  Center
97169 Eagle Way
Chicago, IL 60678-9710

Condell Medical  Center
97169 Eagle Way
Chicago, IL 60678-9710

Condell Medical  Center
97169 Eagle Way
Chicago, IL 60678-9710

Condell Medical  Center
97169 Eagle Way
Chicago, IL 60678-9710

Condell Medical  Center
97169 Eagle Way
Chicago, IL 60678-9710

Consumers Coop Cred Un
2750 Washington St
Waukegan, IL 60085

Contract Callers, Inc.
Po Box 212489
Augusta, GA 30917-2489

Credit Collection Services
Two Wells Ave., Dept 9138
Newton Center, MA 02459

Credit Collection Services
2 Wells Avenue
DEPT: 7249
Newton Center, MA 02459

Credit One Bank
Po Box 98875
Las Vegas, NV 89193

Credit One Bank
Po Box 98875
Las Vegas, NV 89193

Dependon Collection Se
Po Box 4833
Oak Brook, IL 60522

Dependon Collection Se
Po Box 4833
Oak Brook, IL 60522


Dependon Collection Se
Po Box 4833
Oak Brook, IL 60522


Dependon Collection Se
Po Box 4833
Oak Brook, IL 60522


Dependon Collection Se
Po Box 4833
Oak Brook, IL 60522


Dermatology Assoc.
c/o First Federal Credit Control
Po Box 20790
Columbus, OH 43220-0790


Diversified Adjustment
600 Coon Rapids Blvd Nw
Coon Rapids, MN 55433


Ear Nose Throat LTD
700 Westmoreland
Bldg. F
Lake Forest, IL 60045


FCI
3703 West Lake Ave.
Glenview, IL 60025


Ffcc-Columbus Inc
1550 Old Henderson Rd St
Columbus, OH 43220


First Financial Asset Mgmt., Inc.
PO Box 6887
Miramar Beach, FL 32550

Harris & Harris
222 Merchandise Mart Plaza
Ste. 1900
Chicago, IL 60654


Harris & Harris, LTD
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654


Heller And Frisone,
33 North Lasalle Street  Suite 1200
Chicago, IL 60602


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Hunter Warfield
4620 Woodland Corporate Blvd.
Tampa, FL 33614


Illinois Department of Employment S
Benefits Repayments
PO Box 6996
Chicago, IL 60680-6996


Indianapolis Claim Service Center
Po Box 68941
Indianapolis, IN 46268


Infinity Healthcare Physicians, S.C
c/o NCC
245 Main St.
Scranton, PA 18519-1641


Infinity Healthcare Physicians, S.C
c/o NCC
245 Main St.
Scranton, PA 18519-1641


Infinity Healthcare Physicians, S.C
c/o West Asset Management Inc.
Po Box 790113
Saint Louis, MO 63179-0113

Insurex Inc.
dba Insurex of Texas, Inc.
1880 S. Dairy Ashford, Ste. 125
Houston, TX 77077


Integrys Energy
c/o CBCS
Po Box 163250
Columbus, OH 43216-3250


J.C.Christensen & Associates, Inc.
PO Box 519
Sauk Rapids, MN 56379


KCA Financial Services
628 North Street
Box 53
Geneva, IL 60134


Lake County Acute Care, LLP
75 Remittance Drive STE 1151
Chicago, IL 60675


Lake County Radiology Associates,SC
36104 Treasury Ctr.
Chicago, IL 60694-6100


Lake County Radiology Associates,SC
36104 Treasury Ctr.
Chicago, IL 60694-6100


Lake County Radiology Associates,SC
36104 Treasury Ctr.
Chicago, IL 60694-6100


Lake Forest E.R. Physicians
c/o Malcolm S. Gerald and Assoc.
332 S. Michigan Ave., Ste. 600
Chicago, IL 60604


Liberty Mutual Group
Po Box 970
IN 46564

Lvnv Funding Llc
Po Box 740281
Houston, TX 77274


Lvnv Funding Llc
Po Box 740281
Houston, TX 77274


Lvnv Funding Llc
Po Box 740281
Houston, TX 77274


MCM
Po Box 60578
Los Angeles, CA 90060-0578


MCM
Po Box 60578
Los Angeles, CA 90060-0578


Mcsi Inc
Po Box 327
Palos Heights, IL 60463


Metacashye
2500 S Minnesota Ave
Sioux Falls, SD 57105


Metacashye
2500 S Minnesota Ave
Sioux Falls, SD 57105


Metacashye


Midland Credit Mgmt In
8875 Aero Dr
San Diego, CA 92123


Midland Credit Mgmt In
8875 Aero Dr
San Diego, CA 92123

Midwest Pathology Services
c/o Medical Recovery Specialists In
2250 E. Devon Ave., Ste. 352
Des Plaines, IL 60018-4519


Miramedrg
991 Oak Creek Dr
Lombard, IL 60148


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208

Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208

```
Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208
```

Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


Mundelein Dental Care
328 N. Lake St.
Mundelein, IL 60060-2208


National Recovery Agen
2491 Paxton St
Harrisburg, PA 17111


Nco-Medclr
Po Box 8547
Philadelphia, PA 19101


Nco-Medclr
Po Box 8547
Philadelphia, PA 19101


Nco-Medclr
Po Box 8547
Philadelphia, PA 19101


Nco-Medclr
Po Box 8547
Philadelphia, PA 19101


Northshore Univ Hlthsys Med Grp
c/o Van Ru Credit Corp.
1350 E. Touhy Ave., Ste. 100E
Des Plaines, IL 60018

Northshore Univ Hlthsys Med Grp
c/o Van Ru Credit Corp.
1350 E. Touhy Ave., Ste. 100E
Des Plaines, IL 60018


Northshore Univ Hlthsys Med Grp
c/o Van Ru Credit Corp.
1350 E. Touhy Ave., Ste. 100E
Des Plaines, IL 60018


Northshore University Health System
c/o Pinnacle Management Services
514 Market Loop
Des Plaines, IL 60018


Northshore University Health System
c/o ICS
Po Box 1010
Tinley Park, IL 60477-9110


Northshore University Health System
9532 Eagleway
Chicago, IL 60678


Northshore University Health Systes
Hosital Billing
23056 Network Place
Chicago, IL 60673-1230


Northwestern Lake Forest Hospotal
660 N. Westmoreland Rd.
Lake Forest, IL 60045-1659


Nuvell
5700 Crooks Rd Ste 301
Troy, MI 48098


Oac
Po Box 371068
Milwaukee, WI 53237


Oac
Po Box 371100
Milwaukee, WI 53237

OB Gyne Assoc. of Lake County SC
890 S. Garfield Ave.
Ste. 200
Libertyville, IL 60048


Ob-Gyne Associates of Lake
c/o NCO Financial Systems Inc.
507 Prudential Rd.
Horsham, PA 19044


Obstetrics Gynecology & Infertility
900 N Westmoreland Rd
Suite 228
Lake Forest, IL 60045


Penn Credit Corporatio
916 S 14th St
Harrisburg, PA 17104


Peoples Energy
130 E. Randolph Drive
Chicago, IL 60601


Professional Recovery Consultants
Po Box 51187
Durham, NC 27717-1187


Progressive Insurance
PO Box 43258
Cleveland, OH 44143


Quest Diagnostic
c/o C.C.S.
Po Box 55126
Boston, MA 02205-5126


Quest Diagnostic
c/o C.C.S.
Po Box 55126
Boston, MA 02205-5126


Quest Diagnostics
c/o American Medical Collection
2269 S. Saw Mill River Rd., Blvg. 3
Elmsford, NY 10523

Quest Diagnostics
c/o American Medical Collection
2269 S. Saw Mill River Rd., Blvg. 3
Elmsford, NY 10523


Quest Diagnostics
c/o American Medical Collection
2269 S. Saw Mill River Rd., Blvg. 3
Elmsford, NY 10523


Remittance Processing Center
Liberty Mutual
Po Box 8400
Dover, NH 03821-8400


Safeauto Insurance
4 Easton Oval
Columbus, OH 43219


Safeauto Insurance
4 Easton Oval
Columbus, OH 43219


Solomon and Solomon
Box 15019
Albany, NY 12212-5019


State Farm Mutual Auto Ins.
c/o Stuart Allan & Assoc.
5447 E. 5th St., Ste. 110
Tucson, AZ 85711-2345


Subrogation Unit
Po Box 43258
Cleveland, OH 44143


T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596


The Family Stress Clinic, Ltd.
Frances Pacheco, Psy. D.
1641 N. Milwaukee Ave., Ste. 7
Libertyville, IL 60048-1350

The Family Stress Clinic, Ltd.
Frances Pacheco, Psy. D.
1641 N. Milwaukee Ave., Ste. 7
Libertyville, IL 60048-1350


The Family Stress Clinic, Ltd.
Frances Pacheco, Psy. D.
1641 N. Milwaukee Ave., Ste. 7
Libertyville, IL 60048-1350


The Illinois Tollway
Violation Processimg Center
135 S. LaSalle Dept. 8021
Chicago, IL 60674-8024


Tribute/Fbofd
6 Concourse Pkwy Ne Fl 2
Atlanta, GA 30328


Van Ru Credit Corp.
1350 E. Touhy Ave.
Ste. 100 E
Des Plaines, IL 60018-3307


Van Ru Credit Corp.
1350 E. Touhy Ave.
Ste. 100 E
Des Plaines, IL 60018-3307


Van Ru Credit Corp.
1350 E. Touhy Ave.
Ste. 100 E
Des Plaines, IL 60018-3307


Van Ru Credit Corp.
1350 E. Touhy Ave.
Ste. 100 E
Des Plaines, IL 60018-3307


Van Ru Credit Corp.
1350 E. Touhy Ave.
Ste. 100 E
Des Plaines, IL 60018-3307

Van Ru Credit Corp.
1350 E. Touhy Ave.
Ste. 100 E
Des Plaines, IL 60018-3307


Van Ru Credit Corp.
1350 E. Touhy Ave.
Ste. 100 E
Des Plaines, IL 60018-3307


Van Ru Credit Corp.
1350 E. Touhy Ave.
Ste. 100 E
Des Plaines, IL 60018-3307


Van Ru Credit Corp.
1350 E. Touhy Ave.
Ste. 100 E
Des Plaines, IL 60018-3307


Van Ru Credit Corp.
1350 E. Touhy Ave.
Ste. 100 E
Des Plaines, IL 60018-3307


Van Ru Credit Corp.
1350 E. Touhy Ave.
Ste. 100 E
Des Plaines, IL 60018-3307


Van Ru Credit Corp.
1350 E. Touhy Ave.
Ste. 100 E
Des Plaines, IL 60018-3307


Van Ru Credit Corp.
1350 E. Touhy Ave.
Ste. 100 E
Des Plaines, IL 60018-3307


Van Ru Credit Corp.
1350 E. Touhy Ave.
Ste. 100 E
Des Plaines, IL 60018-3307

```
West Bay Acquisitions
1540 Pontiac Ave Ste A
Cranston, RI 02920


West Bay Acquisitions LLC
Po Box 8009
Cranston, RI 02920
```

B23 (Official Form 23) (12/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re __Monique Renee Brouillette-Diercks__ _____     Case No. _____

Debtor(s)     Chapter __7__ _____

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

_Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:_

☐ I, _____, the debtor in the above-styled case, hereby certify that on _____, I completed an instructional course in personal financial management provided by _____, an approved personal financial management provider.

Certificate No. (if any):_____.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of _[Check the appropriate box.]_:

  ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);

  ☐ Active military duty in a military combat zone; or

  ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:  __/s/ Monique Renee Brouillette-Diercks__ _____
                       __Monique Renee Brouillette-Diercks__

Date:  __August  7, 2013__ _____

---

_Instructions:_ Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

_Filing Deadlines:_ In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

**Disclosure Pursuant to 11 U.S.C. §527(a)(2)**

You are notified:

1.  All information that you are required to provide with a petition and thereafter during a case under the Bankruptcy Code is required to be complete, accurate, and truthful.

2.  All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case. Some places in the Bankruptcy Code require that you list the replacement value of each asset. This must be the replacement value of the property at the date of filing the petition, without deducting for costs of sale or marketing, established after a reasonable inquiry. For property acquired for personal, family, or household use, replacement value means the price a retail merchant would charge for property of that kind, considering the age and condition of the property.

3.  The following information, which appears on Official Form 22, Statement of Current Monthly Income, is required to be stated after reasonable inquiry: current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of the Bankruptcy Code, disposable income (determined in accordance with section 707(b)(2)).

4.  Information that you provide during your case may be audited pursuant to provisions of the Bankruptcy Code. Failure to provide such information may result in dismissal of the case under this title or other sanction, including criminal sanctions.

### IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney.  THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST.  Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need.  Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you.  Be sure you understand the relief you can obtain and its limitations.  To file a bankruptcy case, documents called a Petition, Schedules, and Statement of Financial Affairs, and in some cases a Statement of Intention, need to be prepared correctly and filed with the bankruptcy court.  You will have to pay a filing fee to the bankruptcy court.  Once your case starts, you will have to attend the required first meeting of the creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt.  You may want help deciding whether to do so.  A creditor is not permitted to coerce you into reaffirming your debts.

If you  choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation.  You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Monique Renee Brouillette-Diercks** _____,   Case No. _____

Debtor

Chapter_____**7**_____

# DECLARATION OF COMPLIANCE WITH RULE 9009

The undersigned is the attorney for the debtor in this case.

The undersigned declares under penalty of perjury that the Schedules and Forms filed in this case for the debtor were computer generated using *Best Case Bankruptcy* and conform with those prescribed by Bankruptcy Rule 9009.

Date____**August  7, 2013**_____   **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**_____

Signature of attorney

**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
**Kaplan Law Offices, P.C.**
**950 Skokie Boulevard**
**Suite #310**
**Northbrook, IL 60062**
**(847) 509-9800**

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Monique Renee Brouillette-Diercks**

Debtor(s)

Case No.

Chapter    **7**

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,   **Monique Renee Brouillette-Diercks**  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

■    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date    **August 7, 2013**

Signature    **/s/ Monique Renee Brouillette-Diercks**

**Monique Renee Brouillette-Diercks**

Debtor

## STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

### INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

| | |
|---|---|
| (1) | the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history; |
| (2) | the effect of receiving a discharge of debts |
| (3) | the effect of reaffirming a debt; and |
| (4) | your ability to file a petition under a different chapter of the Bankruptcy Code. |

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

### WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

### WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

### WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

### OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,347,500 ($336,900 in unsecured debts and $1,010,650 in secured debts).

### AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

| /s/ Monique Renee Brouillette-Diercks | August  7, 2013 |
|---|---|
| Debtor's Signature | Date |